**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Joanna A. Pedroza,

Plaintiff,

v.

Markwayne Mullin and Joseph Edlow,

Defendants.

Case No. 2:26-cv-01354-APG-DJA

**Order**

This matter is before the Court on its review of the docket. Joanna A. Pedroza has not filed proof that she has served Markwayne Mullin and Joseph Edlow as required by Federal Rule of Civil Procedure 4. It also appears that Pedroza has not presented summonses to the Clerk. *See* Fed. R. Civ. P. 4(b). The Court cannot and will not rule on Pedroza's petition for writ of mandamus until Mullin and Edlow have been properly served. The Court will therefore direct the Clerk of Court to issue summonses for Mullin and Edlow. The Court will further give Pedroza an additional ninety days to serve Mullin and Edlow. *See* Fed. R. Civ. P. 4(m).

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to issue summonses for Defendants Markwayne Mullin and Joseph Edlow.

**IT IS FURTHER ORDERED** that Pedroza shall have until **January 4, 2027**, to accomplish service. **Pedroza is advised that failure to timely comply with this order may result in the recommended dismissal of this action.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Pedroza a copy of this order.

DATED: October 6, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE